61 A.3d 196

Courtland MITCHELL, Petitioner

v.

WORKERS' COMPENSATION APPEAL BOARD (CITY OF PITTSBURGH and UPMC Work Partners Claims Management), Respondents.

Supreme Court of Pennsylvania.

Feb. 13, 2013.

218

## *ORDER*

PER CURIAM.

**AND NOW,** this 13th day of February 2013, the Motion to Quash is **GRANTED.** The Petition for Allowance of Appeal is **QUASHED.**